RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

NO. PD-1068-15

| | | | |
|---|---|---|---|
| CHRISTOPHER ALAN LAWRENCE | § | IN THE | |
| Appellant/Petitioner | | | |
| V. | § | COURT OF CRIMINAL APPEALS | |
| THE STATE OF TEXAS | § | OF AUSTIN, TEXAS | |
| Appelle/Respondent | | | |

---

MOTION TO SUSPEND T.R.A.P. RULE 9.3
NUMBER OF COPIES

---

TO THE HONORABLE JUDGE[S] OF SAID COURT:

COMES NOW, Christopher Alan Lawrence, pro se, and files this Motion to Suspend Rule 9.3, Number of Copies, and in support of this Motion would show the following:

FILED IN
COURT OF CRIMINAL APPEALS

NOV 13 2015

Abel Acosta, Clerk

I.

Appellant/Petitioner is a prisoner in Texas Department of Criminal Justice, Institutional Division. This Motion and the Petition for Discretionary Review are filed pro se, as a prisoner there is no access to a copier. Therefore Appellant/Petitioner has no way to create the number of copies required by Rule 9.3 and therefore humbly requests that this Honorable Court suspend Rule 9.3, Number of Copies and accept the Petition for Discretionary Review as one original copy.

Respectfully Submitted on this
___6th___ day of November, 2015
By: _____
CHRISTOPHER ALAN LAWRENCE
TDCJ # 1923479
3001 S. EMILY DR.
BEEVILLE, TX 78102

## CERTIFICATE OF SERVICE

The undersigned Appellant/Petitioner hereby certifies that a true and correct copy of the foregoing Motion to Suspend T.R.A.P. Rule 9.3, Number of Copies has been mailed, by U.S. Mail, postage prepaid, to the District Attorney, Appellate Division, Comal County Courthouse Annex, 150 S. Seguin Avenue Suite 307, New Braunfels, Texas 78130, and to the State Prosecuting Attorney, P.O.Box 12405 Austin, Texas 78711. On this 6th day of November, 2015.

CHRISTOPHER ALAN LAWRENCE
TDCJ # 1923479